IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TRACY E.E. MORGAN,<br><br>Plaintiff,<br><br>vs.<br><br>YOKE'S FRESH MARKET,<br><br>Defendants. | CV 23–158–M–DLC<br><br><br><br>ORDER |

Pursuant to the Parties' Stipulation for Dismissal with Prejudice (Doc. 5),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees.

DATED this 17th day of January, 2024.

_____
Dana L. Christensen, District Judge
United States District Court